IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION, AT JACKSON

| | |
|---|---|
| EUGENE WILBUR, and wife, GLORIA JEAN WILBUR, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WAL-MART STORES. INC., )<br>)<br>Defendant. ) | DOCKET NO. 1-05-1233- T AN |

### [PROPOSED] CONSENT ORDER GRANTING JOINT MOTION FOR PLAINTIFFS TO AMEND COMPLAINT TO NAME WAL-MART STORES EAST, L.P. AS DEFENDANT AND DISMISS WAL-MART STORES, INC. WITHOUT PREJUDICE

It appearing to the Court, as evidenced by the signatures of legal counsel for both the Plaintiffs and the Defendant, that:

(a)  Wal-Mart Stores, Inc. is an improperly named party in this cause; and

(b)  The proper entity name for the Defendant is Wal-Mart Stores East, L.P.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the Plaintiffs are hereby permitted to amend their Complaint to name Wal-Mart Stores East, L.P. as the proper Defendant in this matter.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Wal-Mart Stores, Inc. is hereby dismissed without prejudice.

M ALM 915395 v1
2825865-000227 11/30/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12/23/05

IT IS SO ORDERED.

*S. Thomas Anderson*
S. Thomas Anderson
United States Magistrate Judge

Date: December 21, 2005

APPROVED FOR ENTRY:

*Antonio L. Matthews*
Antonio L. Matthews (018107)
Attorney for Defendant
Baker, Donelson, Bearman, Caldwell & Berkowitz
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
901-577-2385

*Steven W. Maroney*
Steven W. Maroney (015595)
Attorney for Plaintiffs
87 Murray Guard Drive
P.O. Box 10788
Jackson, Tennessee 38308-0113

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:05-CV-01233 was distributed by fax, mail, or direct printing on December 23, 2005 to the parties listed.

---

Paul M. Newman
Carroll County Courthouse
99 Court Square, Suite 103
Huntingdon, TN 38344

Antonio L. Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Steven W. Maroney
TEEL MCCORMACK & MARONEY
87 Murray Guard Dr.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT